IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 11-223-1 |
| v. | : | |
| | : | |
| ANTHONY WILLIAMS | : | CIVIL ACTION |
| | : | No. 15-1820 |

## ORDER

**AND NOW**, this 9th day of March, 2016, upon consideration of Mr. Williams's *pro se* motion to vacate/set aside/correct his sentence under 28 U.S.C. § 2255 (Doc. No. 648), the Government's Response in Opposition to Mr. Williams's motion (Doc. No. 656), and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Williams's motion vacate his sentence under § 2255 (Doc. No. 648) is **DENIED**;

2. An evidentiary hearing on the motion is not warranted;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge