IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 11-223-1 |
| v. | : | |
| | : | CIVIL ACTION |
| ANTHONY WILLIAMS | : | No. 15-1820 |
| | : | |

# O R D E R

**AND NOW**, this 27th day of January, 2017, upon consideration of Mr. Williams's *pro se* Motion for Relief and to Alter or Amend Judgment (Docket No. 690), *pro se* Motion to Supplement the Motion for Relief (Docket No. 705), and Amended *pro se* Motion to Amend (Docket No. 716), it is hereby **ORDERED** that the Motions (Docket Nos. 690, 705, and 716) are **DENIED**. It is further **ORDERED** that the Motion for the Court to Demand the Government Mail Petitioner a Copy of Its Reply (Docket No. 711) is **DEEMED MOOT**, as the Docket shows the Government did indeed mail its reply to Petitioner. Furthermore, because Mr. Wiliams' has not made a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue and the Clerk is directed to close this case for all purposes, including statistics.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge