IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY WILLIAMS | : | No. 11-223-1 |

## ORDER

AND  NOW, this /7th day of August, 2020, upon consideration of Mr. Williams's motion

for compassionate release pursuant to 18 U.S.C. § 3852(c)(1)(A) (Doc. No. 794), his "Supplement

or Reconsideration Motion for Previous Motion for Compassionate Release Pursuant [to

§ 3582(c)(1)(A)" (Doc. No. 795), the Government's response (Doc. No. 796), and Mr. Williams's

reply (Doc. No. 798), it is **ORDERED** that the motions (Doc. Nos. 794 and 795) are **DENIED.**


BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE