IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANTHONY WILLIAMS | : | No. 11-223-1 |

## ORDER

AND NOW, this 4th day of January, 2021, upon consideration Anthony Williams's Motion for Reconsideration (Doc. No. 801), the Government's Response in Opposition (Doc. No. 803), Mr. Williams's Reply in Support (Doc. No. 804), and his Supplemental Submission (Doc. No. 806), it is hereby **ORDERED** that the Motion (Doc. No. 801) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1